UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 21-CR-233 (CJN) |
| v. : | |
| : | |
| WILLIAM ROBERT NORWOOD, III, : | |
| : | |
| Defendant. : | |

### DEFENDANT'S WAIVER OF JURY TRIAL

William Robert Norwood, by and through undersigned counsel, hereby files with the Court the attached waiver of trial by jury. Mr. Norwood desires to proceed by bench trial in the above-captioned matter.

Respectfully submitted,

*/s/Marina Medvin*
Marina Medvin, Esq.
Owner/Senior Trial Attorney
MEDVIN LAW PLC
916 Prince Street
Alexandria, VA 22314
(888) 886-4127 (Ofc)
(703) 870-6868 (Dir)
(703) 870-3300 (Fax)
www.medvinlaw.com

1

## DEFENDANT'S WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney for the District of Columbia, and with the approval of the Court, the undersigned defendant hereby waives the right to trial by jury and requests the Court to try all charges in this case without a jury. Defendant further informs the Court that he is fully aware of his right to trial by jury, and that after thorough consideration and consultation with counsel, he has elected to proceed with a bench trial.

Date: 8/6/24          _/s/ William Norwood_
                      Defendant William Robert Norwood

Date: 8.6.24          _/s/ Marina Medvin_
                      Marina Medvin
                      Attorney for Defendant William Robert Norwood

The United States Attorney hereby consents that the case be tried without a jury.

Date: August 6, 2024          /s/Joseph S. Smith, Jr
                              Joseph S. Smith, Jr.
                              Assistant United States Attorney


Date: _____          _____
                              The Honorable Carl J. Nichols
                              United States District Judge