UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL CASE NO: 21-CR-233 (CJN) |
| ) | |
| WILLIAM ROBERT NORWOOD, III, ) | TRIAL: AUG. 26, 2024 |
| ) | |
| DEFENDANT. ) | |

### SUPPLEMENT TO DEFENDANT'S MOTION FOR SANCTIONS

In response to Defendant's Reply to Opposition and Motion for Sanctions, ECF No. 94, filed on August 5, 2024, the DOJ sent an email to the defense today, on August 7, 2024, with three FD-302 reports attached. Each of the FD-302 reports is dated "August 6, 2024" — a date that is one day after the sanctions motion was filed.

The new FD-302 reports, however, reference information that was collected on June 25 and June 26 of 2024 — information collected *six weeks prior* to the date that these reports were drafted. No additional discovery was provided to the defense — no notes or communications related to the information referenced by the reports, nor any of the videos specifically referenced by the reports. And, the defense has still not been provided with the Grand Jury transcripts or exhibits related to the Second Superseding Indictment. The trial is two and a half weeks away.

Moreover, the newly provided FD-302 reports do not identify Mr. Norwood as having committed any acts, let alone new acts or acts previously unknown to the Government. Nothing in the reports even names or references Mr. Norwood.

The Government remains in violation of Judge Sullivan's Discovery Order dated April 26, 2021 for failing to provide new evidence to the Defense in a timely manner. *See* ECF No. 17, 94. And, the defense maintains that the discovery sanctions requested in ECF No. 94 are warranted.

The new FD-302 reports substantiate the defense theory that the DOJ does not have any new evidence on which to charge Mr. Norwood with new offenses and that Count One was charged for retaliatory and vindictive purposes, warranting dismissal. *See* ECF No. 91.

The FD-302 reports also substantiate the need for sanctions for implying that Count One of the Second Superseding Indictment was based on "new evidence." *See* ECF No. 94.

Respectfully submitted,

By Counsel:

_____/s/_____
Marina Medvin, Esq.
*Counsel for Defendant*
MEDVIN LAW PLC
916 Prince St. | Ste 109
Alexandria, Virginia 22314
Tel:  888.886.4127
Email: contact@medvinlaw.com

**CERTIFICATE OF SERVICE FOR CM/ECF**

I hereby certify that on August 7, 2024, I will electronically file the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

_____/s/_____
Marina Medvin, Esq.